UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE on behalf of BABY DOE, a minor, and PATRICIA CAVALLARO-KEARINS, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>ANTHEM HEALTHCHOICE ASSURANCE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, and d/b/a ANTHEM BLUE CROSS; and ANTHEM HP, LLC, d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD HP, and d/b/a ANTHEM BLUE CROSS HP,<br><br>                  Defendants. | Case No. 1:24-cv-08012<br><br>**NOTICE OF APPEARANCE** |

To:    The Clerk of the Court and all parties of record:

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Plaintiffs Jane Doe on behalf of Baby Doe, a minor, and Patricia Cavallaro-Kearins, in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated: New York, NY             Respectfully submitted,
       November 4, 2024

       **WALDEN MACHT HARAN & WILLIAMS LLP**

                         By:   /s/    *Jacob Gardener*
                               Jacob Gardener
                               250 Vesey Street, 27th Floor
                               New York, NY 10281
                               Tel: (212) 335-2965
                               jgardener@wmhwlaw.com

                               *Attorney for Plaintiffs*