UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE on behalf of BABY DOE, a minor, and PATRICIA CAVALLARO-KEARINS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>ANTHEM HEALTHCHOICE ASSURANCE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, and d/b/a ANTHEM BLUE CROSS; and ANTHEM HP, LLC, d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD HP, and d/b/a ANTHEM BLUE CROSS HP,<br><br>      Defendants. | Case No. 1:24-cv-08012<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

  **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Plaintiffs Jane Doe on behalf of Baby Doe, a minor, and Patricia Cavallaro-Kearins, in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated: New York, NY
November 4, 2024

Respectfully submitted,

**WALDEN MACHT HARAN & WILLIAMS LLP**

By:   /s/ *Samuel Rosh*

Samuel Rosh
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2983
srosh@wmhwlaw.com

*Attorney for Plaintiffs*