# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

<table>
<tr>
<td>

JANE DOE on behalf of BABY DOE, a minor, and
PATRICIA CAVALLARO-KEARINS, on behalf of
themselves and all others similarly situated

_____
*Plaintiff(s)*

v.

ANTHEM HEALTHCHOICE ASSURANCE, INC.,
d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,
and d/b/a ANTHEM BLUE CROSS; and ANTHEM
HP, LLC, d/b/a ANTHEM BLUE CROSS HP
_____
*Defendant(s)*

</td>
<td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td>
<td>

Civil Action No.  1:24-cv-08012

</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANTHEM HEALTHCHOICE ASSURANCE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, and d/b/a ANTHEM BLUE CROSS

Registered Agent: C/O C T CORPORATION SYSTEM
Address: 28 LIBERTY STREET, NEW YORK, NY, 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob Gardener
250 Vesey Street, 27th Floor
New York, New York 10281

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/6/2024

/s/ J. Gonzalez
_____
*Signature of Clerk or Deputy Clerk*