UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JANE DOE, *on behalf of Baby Doe, a minor*, and                   :
PATRICIA CAVALLARO-KEARINS, *on behalf of*                        :
*themselves and all others similarly situated*,                   :
                                                                  :          24 Civ. 8012 (JPC)
                                  Plaintiffs,                      :
                                                                  :              ORDER
              -v-                                                 :
                                                                  :
ANTHEM HEALTHCHOICE ASSURANCE, INC.,                              :
*doing business as* Anthem Blue Cross and Blue Shield             :
*and* Anthem Blue Cross,                                          :
                                                                  :
                                  Defendant.                       :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court notes that neither party has moved for a stay of discovery pending the Court's

disposition of Defendant's motion to dismiss.  Therefore, the parties shall file a proposed civil

Case Management Plan and Scheduling Order by April 4, 2025.  A model order can be found at

https://www.nysd.uscourts.gov/hon-john-p-cronan.

        SO ORDERED.

Dated: March 28, 2025                    _____
       New York, New York                        JOHN P. CRONAN
                                             United States District Judge