**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JANE DOE, on behalf of Baby Doe, a minor, and
PATRICIA CAVALLARO-KEARINS, on behalf
of themselves and all others similarly situated,

                             Plaintiffs,

       -against-                                 24 **CIVIL** 8012 (JPC)

                                        **JUDGMENT**

ANTHEM HEALTHCHOICE ASSURANCE,
INC., doing business as Anthem Blue Cross and
Blue Shield and Anthem Blue Cross,

                             Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 2, 2026, the Court has granted Anthem's

motion to dismiss Plaintiffs' claims with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 5, 2026

                                   **TAMMI M. HELLWIG**
                                     _____
                                      **Clerk of Court**

                   **BY:**         K. mango
                                     _____
                                      **Deputy Clerk**